# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** United States of America | **COURT CASE NUMBER** 5:16-cv-419-DCR |
| **DEFENDANT** Kar-leen Gleffe | **TYPE OF PROCESS** Writ of Assistance |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

→ Kar-leen Gleffe

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 510 Jaime Ridge, Mt. Sterling, KY

Eastern District of Kentucky
FILED
AUG 30 2017
AT LEXINGTON
ROBERT R CARR
CLERK U.S. DISTRICT COURT

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Foreman Watson Holtrey LLP
530 Frederica St.
Owensboro, KY 42301

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: Lauren Durham ☒ PLAINTIFF ☐ DEFENDANT
**TELEPHONE NUMBER** 270-689-2424
**DATE** 7-20-17

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | No. 032 | No. 032 | Kelly Thompson | 7·24·17 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

**Date of Service** 08/29/17 **Time** 1050 am

Signature of U.S. Marshal or Deputy: Wade Yonts

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $260.00 | 40.66 | -0- | $300.66 | NONE | $300.66 -None- |

**REMARKS:** Process fwd to EKY Lexington Office on 7·24·17

1.) End. 8/29/17 DUSM Yonts + Heiden observed No such address. Even #'s started at 514 then 518 then 522 and so forth.

**PRIOR EDITIONS MAY BE USED** — 1. CLERK OF THE COURT — **FORM USM-285 (Rev. 12/15/80)**